Case 10-09250   Doc 17   Filed 07/09/10   Entered 07/13/10 07:44:24   Desc Main
                    Document      Page 1 of 1

10-09250:16.1:Motion to Extend Time:Proposed Order to Extend Time Entered: 7/2/2010 2:07:27 PM by:David Boersma Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Rogie R. Cura, | ) | Case No. 10-09250 |
| | ) | |
| Debtor | ) | Judge John H. Squires |

### ORDER TO EXTEND TIME

THIS CAUSE coming to be heard upon the Debtor's Motion to Extend the Time to enter the final discharge order to allow time for Debtor to enter into and file two reaffirmation agreements, the parties thereto having been duly notified and served, the Court having jurisdiction over the parties and the subject-matter and being fully advised;

IT IS HEREBY ORDERED that Debtor's motion is granted and the time for entry of the Final Discharge Order shall be and is hereby extended through and including August 30, 2010.

Dated: JUL - 9 2010               ENTER: _____
                                         Judge John H. Squires

Attorney for Debtor
Attorney No. 06180071
David J. Boersma
1776-A S. Naperville Road, Suite 200
Wheaton, IL. 60189
(630) 653-5000